**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ALI MIRHEIDARI and<br>NAHID ABDOLI YAZDI,<br>Plaintiffs, | § | |
| v. | § | Civil Action No. 1:26-cv-01615-DAE |
| U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES, et al.,<br>Defendants. | § | |

**ORDER OF DISMISSAL**

The Court considered Plaintiffs' Motion for Voluntary Dismissal Without Prejudice. USCIS has approved the Form I-130 petition, whose adjudication Plaintiffs sought to compel. The motion is GRANTED.

This action is DISMISSED WITHOUT PREJUDICE. All pending motions, if any, are DENIED AS MOOT. The Clerk is directed to close this case.

SIGNED on September 16, 2026.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE